**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | | |
|---|---|---|
| BANK OF AMERICA, N.A., | ) | 3:16-cv-00172-HDM-WGC |
| Plaintiff, | ) | |
| | ) | ORDER |
| vs. | ) | |
| PINE VIEW ESTATES HOME OWNERS ASSOCIATION and KERN & ASSOCIATES, LTD., | ) | |
| Defendants. | ) | |

The deadline for filing a proposed stipulation and order for dismissal with prejudice is hereby extended to December 2, 2016.

IT IS SO ORDERED.

DATED: This 26th day of October, 2016.

_____
UNITED STATES DISTRICT JUDGE

1