ARIEL E. STERN, ESQ.
Nevada Bar No. 8276
VATANA LAY, ESQ.
Nevada Bar No. 12993
AKERMAN LLP
1160 Town Center Drive, Suite 330
Las Vegas, NV 89144
Telephone:  (702) 634-5000
Facsimile:  (702) 380-8572
Email:  ariel.stern@akerman.com
            vatana.lay@akerman.com

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| BANK OF AMERICA, N.A.,<br><br>   Plaintiff,<br>vs.<br><br>PINE VIEW ESTATES HOME OWNERS ASSOCIATION and KERN & ASSOCIATES, LTD.,<br><br>   Defendants. | Case No.:  3:16 cv 00172-HDM-WGC<br><br>ORDER GRANTING<br>**STIPULATION OF**<br>**DISMISSAL WITH PREJUDICE** |

  Plaintiff, Bank of America, N.A., and defendants, Pine View Estates Home Owners Association and Kern & Associates, LTD, by and through their respective counsel, hereby stipulate to dismiss this action with prejudice pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure.

  The parties further stipulate and agree that each party shall bear its own attorneys' fees and costs in this action.

…

…

…

…

…

{40122795;1}                                                     1

**IT IS SO STIPULATED.**

DATED this 30th day of November, 2016.

| **AKERMAN LLP** | **KERN & ASSOCIATES, LTD.** |
|---|---|
| */s/ Vatana Lay* | */s/ Karen M. Ayarbe* |
| ARIEL E. STERN, ESQ. | KAREN M. AYARBE, ESQ. |
| Nevada Bar No. 8276 | Nevada Bar No. 3358 |
| VATANA LAY, ESQ. | 5421 Kietzke Lane, Ste. 200 |
| Nevada Bar No. 12993 | Reno, NV 89511 |
| 1160 Town Center Drive, Suite 330 | Telephone: (775) 324-5930 |
| Las Vegas, Nevada 89144 | Facsimile: (775) 324-6173 |
| Telephone: (702) 634-5000 | |
| Facsimile: (702) 380-8572 | *Attorney for defendants Pine View Estates Home Owners Association and Kern & Associates, LTD.* |
| *Attorneys for Plaintiff* | |

### **ORDER**

The stipulation of the parties to dismiss this action is granted and this action is dismissed with prejudice with each party to bear its own fees and costs.  IT IS SO ORDERED.

DATED this 2nd day of December, 2016.

_____
**UNITED STATES DISTRICT JUDGE**